IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FRED SMITH,

    Petitioner,

v.

    Case No. CIV 14-008-RAW-KEW

JANET DOWLING, Warden,

    Respondent.

## OPINION AND ORDER
## DENYING MOTIONS FOR APPOINTMENT OF COUNSEL

Petitioner has filed two motions requesting the court to appoint counsel, alleging he has limited legal knowledge and no access to the law library, and he is deteriorating physically and mentally. He bears the burden of convincing the court that his claim has sufficient merit to warrant appointment of counsel. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)).

The court has carefully reviewed the merits of petitioner's claim, the nature of factual issues raised in his allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering petitioner's ability to present his claims and the complexity of the legal issues raised by the claims, the court finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *See also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

**ACCORDINGLY,** petitioner's motions (Docket Nos. 14 and 17) are DENIED.

**IT IS SO ORDERED** this 9th day of September 2014.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE